UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

READY CONTAINMENT, LLC,

    Plaintiff,

v.                                               Case No. 8:10-cv-453-T-30TBM

BASIC CONCEPTS, INC., et al.,

    Defendants.
_____/

### ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #36). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation of Dismissal With Prejudice (Dkt. #36) is GRANTED.

2. This cause is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 14, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-453.dismiss 36.wpd